**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Damion Rashaad CARDER,**
**Defendant–Appellant.**

**No. 14–11895**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

March 23, 2015.

Susan Hollis Rothstein–Youakim, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, Vincent A. Citro, U.S. Attorney's Office Orlando, FL, for Plaintiff–Appellee.

Meghan Ann Collins, Maria Guzman, Rosemary Cakmis, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, for Defendant–Appellant.

Before MARCUS, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

Meghan Ann Collins, appointed counsel for Damion Carder, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Carder's conviction and sentence are **AFFIRMED.**